UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Brian Tisdell, et al.,

        Plaintiffs,

vs.                                         ORDER ADOPTING
                                            REPORT AND RECOMMENDATION

Crow Wing County, et al.,

        Defendants.                 Civil No. 13-2531 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

DATED: 04/29/14                                         s/Patrick J. Schiltz
At Minneapolis, Minnesota                   Patrick J. Schiltz, Judge
                                                            United States District Court